168 A.3d 1166

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ERIC SEPKOWSKI, DEFENDANT–PETITIONER.

May 10, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000464–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

168 A.3d 1166

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MARK DUBAS, DEFENDANT–PETITIONER.

May 10, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001059–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.